SCARINCI & HOLLENBECK, LLC
Joel R. Glucksman, Esq. (JG 6443)
1100 Valley Brook Ave., P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Tel.: 201-896-4100
Fax: 201-896-8660
Email: jglucksman@sh-law.com
Attorneys for the Old Bridge Municipal
Utilities Authority

UNITED STATES BANKRUPTCY COURT
DISTRICT OF JERSEY

| In Re: | Chapter 13 |
|---|---|
| IRENE M. HEYLER, | Case No.: 19-12523 (MBK) |
| Debtor. | |

LIMITED NOTICE OF APPEARANCE, REQUEST FOR NOTICES
AND SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

TO:   THE UNITED STATES BANKRUPTCY COURT
      AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that the Old Bridge Municipal Utilities Authority (the "OBMUA") files this Limited Notice of Appearance through its attorneys, Scarinci & Hollenbeck, LLC, 1100 Valley Brook Avenue, P.O. Box 790, Lyndhurst, New Jersey 07071-0790 (attention: Joel Glucksman, Esq.), pursuant to Bankruptcy Rule 9010, and requests that all notices (including those required by Bankruptcy Rule 2002) in this case or in any related adversary proceeding be mailed to the undersigned at the address set forth below.

**PLEASE TAKE FURTHER NOTICE** that request is hereby also made for service on the undersigned of copies of all papers (and/or electronic filings), including but not limited to reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or in any related adversary

proceeding, by mailing a copy of each, unless otherwise directed by the Court, to the individual identified hereinbelow.

**PLEASE TAKE FURTHER NOTICE** that the OBMUA requests that the following be added to the Court's Mailing Matrix and/or any master service list maintained in this case:

Joel R. Glucksman (JG 6443)
SCARINCI & HOLLENBECK, LLC
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790
jglucksman@sh-law.com

**PLEASE TAKE FURTHER NOTICE** that the OBMUA does not intend this Limited Notice of Appearance to constitute a waiver of any and all sovereign or other immunities to which the OBMUA is and/or may be accorded and/or entitled, and the OBMUA does not waive, expressly or impliedly, any and all claims of immunity as a result of filing this Limited Notice of Appearance. This Limited Notice of Appearance also should not be construed as an admission that the OBMUA is a party in interest, a creditor, or otherwise holds any particular relationship with Debtor, nor should it be construed as an admission of this Court's jurisdiction over the OBMUA. The OBMUA retains all rights in that respect, including the right to assert its sovereign immunity in any applicable matter.

**PLEASE TAKE FURTHER NOTICE** that the OBMUA also does not intend this Limited Notice of Appearance, nor any subsequent appearance, pleading, claim, or suit, to waive any and/or all other rights to which the OBMUA may be entitled including, but not limited to: (i) the right to have final orders in noncore matters entered only after _de novo_ review by District Judge; (ii) the right to trial by jury in any proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which the

4824-3622-5692, v. 1

OBMUA is or may be entitled under agreements, in law or in equity all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

**SCARINCI & HOLLENBECK, LLC**
1100 Valley Brook Avenue, P.O. Box 790
Lyndhurst, New Jersey 07071-0790
Telephone: (201) 392-8900
Attorneys for the Old Bridge Municipal Utilities Authority

By: /s/ **Joel R. Glucksman**
JOEL R. GLUCKSMAN, ESQ.

DATED: July 11, 2019

4824-3622-5692, v. 1