Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−12523−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Irene M Heyler
  174 Marlboro Rd
  Old Bridge, NJ 08857

Social Security No.:
  xxx−xx−7685

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on February 20, 2019 and a confirmation hearing on such Plan has been scheduled for August 20, 2019: 10AM.

The debtor filed a Modified Plan on August 19, 2019 and a confirmation hearing on the Modified Plan is scheduled for September 25, 2019: 10AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: August 20, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Irene M Heyler  
     Debtor

Case No. 19-12523-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin    Page 1 of 1    Date Rcvd: Aug 20, 2019  
                         Form ID: 186    Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.

```
db          +Irene M Heyler,    174 Marlboro Rd,    Old Bridge, NJ 08857-1425
cr          +Old Bridge Municipal Utilities Authority,    Scarinci & Hollenbeck, LLC,
              c/o Joel R. Glucksman, Esq.,    1100 Valley Brook Ave.,    P.O. Box 790,
              Lyndhurst, NJ 07071-0790
518014365   +Ditech Financial, LLC,    P.O. Box  12765,    Tempe, AZ 85284-0047
518188760   +LoanCare, LLC,    3637 Sentara Way,    Virginia Beach  VA 23452-4262
518014366   +Mercury/FBT,    Attn: Bankruptcy,    Po Box 84064,    Columbus, GA 31908-4064
518346839   +Old Bridge Municipal Utilities Authority,    c/o Joel Glucksman, Esq.,
              Scarinci & Hollenbeck, LLC,    1100 Valley Brook Ave,    Lyndhurst, New Jersey 07071-3620
518014368   +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 00:38:17     U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 00:38:14     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
lm           E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2019 00:37:51     DITECH,    PO Box 6172,
              Rapid City, SD   57709-6172
518014364   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 21 2019 00:42:36      Capital One,
              Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518052416   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 21 2019 00:56:45
              Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518074253    E-mail/Text: bkr@cardworks.com Aug 21 2019 00:37:06     MERRICK BANK,
              Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
518014367   +E-mail/Text: bkr@cardworks.com Aug 21 2019 00:37:06     Merrick Bank/CardWorks,
              Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
518016220   +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2019 00:44:00     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8
```

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:

```
              Albert Russo    docs@russotrustee.com
              Camille J Kassar    on behalf of Debtor Irene M Heyler ckassar@locklawyers.com,
               kassarcr75337@notify.bestcase.com
              Joel R. Glucksman    on behalf of Creditor   Old Bridge Municipal Utilities Authority
               jglucksman@sh-law.com,   rjoyce@sh-law.com
              Laura M. Egerman    on behalf of Creditor   Ditech Financial LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```