**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                              CASE NO.: 19-12523-MBK
Irene M Heyler ,                                    CHAPTER 13
   Debtor.

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT,** on behalf of LOANCARE, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**BANKRUPTCY DEPARTMENT**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

RAS Citron, LLC
Authorized Agent for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/Aleisha C. Jennings
Aleisha C. Jennings, Esquire
Email: ajennings@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 27, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF CAMILLE KASSAR, LLC
271 ROUTE 46 WEST  SUITE C-102
FAIRFIELD, NJ 07004

ALBERT RUSSO
STANDING CHAPTER 13 TRUSTEE
CN 4853
TRENTON, NJ 08650

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

IRENE M HEYLER
174 MARLBORO RD
OLD BRIDGE, NJ 08857

                RAS Citron, LLC
                Authorized Agent for Secured Creditor
                130 Clinton Road, Suite 202
                Fairfield, NJ 07004
                Telephone: 973-575-0707
                Facsimile: 973-404-8886
                By: /s/Aleisha C. Jennings
                Aleisha C. Jennings, Esquire
                Email: ajennings@rasnj.com