| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-12523 / MBK

Irene M Heyler
174 Marlboro Rd
Old Bridge  NJ      08857

Petition Filed Date: 02/06/2019

341 Hearing Date: 03/14/2019

Confirmation Date: 09/25/2019

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2019 | $93.64 | 25662037915 | 04/02/2019 | $93.64 | 25662046318 | 05/14/2019 | $93.64 | 25900536374 |
| 05/29/2019 | $93.64 | 25900541177 | 07/08/2019 | $93.64 | 25900543350 | 07/30/2019 | $93.64 | 25907659110 |
| 09/09/2019 | $718.22 | 25251715686 | 10/02/2019 | $718.22 | 26207300305 | 12/03/2019 | $600.00 | 26207315436 |
| 12/03/2019 | $155.00 | 26207317247 | 12/31/2019 | $755.00 | 26207319442 | | | |

**Total Receipts for Period: $3,508.28   Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $4,263.28**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Irene M Heyler | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | CAMILLE J KASSAR<br>»» ATTY DISCLOSURE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,865.10 | $0.00 | $3,865.10 |
| 2 | MERRICK BANK<br>»» CREDIT CARD | Unsecured Creditors | $689.15 | $0.00 | $689.15 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $258.23 | $0.00 | $258.23 |
| 4 | Loancare, LLC<br>»» P/174 MARLBORO RD/1ST MTG | Mortgage Arrears | $30,279.08 | $3,099.62 | $27,179.46 |
| 5 | Old Bridge MUA<br>»» P/174 MARLBORO RD/WATER & SEWER | Secured Creditors | $2,086.70 | $213.61 | $1,873.09 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/10/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,263.28 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $3,313.23 | Current Monthly Payment: | $755.00 |
| Paid to Trustee: | $249.41 | Arrearages: | $587.78 |
| Funds on Hand: | $700.64 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**

EOF