UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

Order Filed on June 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Irene M. Heyler

Case No.: 19-12523 MBK

Chapter: 13

Judge: MBK

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

DATED: **June 2, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Camille J. Kassar_____, the applicant, is allowed a fee of $ _____910.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____910.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____778.00_____ per month for _____45_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-12523-MBK
Irene M Heyler                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin          Page 1 of 1           Date Rcvd: Jun 02, 2020
                       Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2020.
db             +Irene M Heyler,   174 Marlboro Rd,   Old Bridge, NJ 08857-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2020 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Aleisha Candace Jennings     on behalf of Creditor    LoanCare, LLC ajennings@rasflaw.com
      Camille J Kassar    on behalf of Debtor Irene M Heyler ckassar@locklawyers.com,
       kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com
      Joel R. Glucksman     on behalf of Creditor    Old Bridge Municipal Utilities Authority
       jglucksman@sh-law.com,   rjoyce@sh-law.com
      Laura M. Egerman     on behalf of Creditor    Ditech Financial LLC bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      Rebecca Ann Solarz     on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
      Sindi   Mncina    on behalf of Creditor    LoanCare, LLC smncina@rascrane.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                     TOTAL: 8