UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar, LLC
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
email:ckassar@locklawyers.com

In Re:

Irene M. Heyler

Case No.:  19-12523 MBK

Chapter:  13

Hearing Date:  7/14/2020

Judge:  MBK

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter:  Docket#57 Motion to Reinstate Stay filed by June 15, 2020

Date: 7/13/2020

/s/ Camille J. Kassar, Esq
Signature

*rev.8/1/15*