UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Camille J. Kassar
Law Offices of Camille Kassar, LLC
271 Route 46 West
Suite C-102
Fairfield, NJ 07004
973-227-3296
Fax:973-860-2448
Email:ckassar@locklawyers.com

Order Filed on November 5, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Irene M. Heyler

Case Number: 19-12523 MBK

Hearing Date:

Judge: MBK

Chapter: 13

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER REINSTATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 5, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter having been presented to the Court by _____the debtor_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The automatic stay is reinstated as to Loancare and all unsecured creditors served with the motion as of the date of this order.

IT IS FURTHER ORDERED that within 3 days of the date of this Order, the debtor must serve all creditors and parties in interest with a copy of this Order and immediately thereafter file Local Form *Certification of Service*.

*rev.5/1/19*

United States Bankruptcy Court

District of New Jersey

In re:  
Irene M Heyler  
    Debtor(s)

Case No. 19-12523-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Nov 05, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2020:**

**Recip ID**     **Recipient Name and Address**  
db     + Irene M Heyler, 174 Marlboro Rd, Old Bridge, NJ 08857-1425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2020 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo  
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo  
    docs@russotrustee.com

Aleisha Candace Jennings  
    on behalf of Creditor LoanCare  LLC ajennings@rasflaw.com

Camille J Kassar  
    on behalf of Debtor Irene M Heyler ckassar@locklawyers.com  kassarcr75337@notify.bestcase.com,bbkconsultantllc@gmail.com

Joel R. Glucksman  
    on behalf of Creditor Old Bridge Municipal Utilities Authority jglucksman@sh-law.com  rjoyce@sh-law.com

Laura M. Egerman  
    on behalf of Creditor Ditech Financial LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 05, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Rebecca Ann Solarz
    on behalf of Creditor DITECH FINANCIAL LLC rsolarz@kmllawgroup.com

Sindi Mncina
    on behalf of Creditor LoanCare  LLC smncina@rascrane.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9