| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
**Chapter 13 Case No. 19-12523 / MBK**

Irene M Heyler

Petition Filed Date: 02/06/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/25/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/29/2020 | $755.00 | 26207326607 | 03/19/2020 | $755.00 | 26207345801 | 04/08/2020 | $755.00 | 26603933466 |
| 05/06/2020 | $755.00 | 26603937966 | 06/02/2020 | $755.00 | 26603941151 | 06/23/2020 | $755.00 | 26744051057 |
| 07/15/2020 | $778.00 | 26744059596 | 08/03/2020 | $778.00 | 26744053588 | 09/08/2020 | $778.00 | 26744072141 |
| 10/05/2020 | $778.00 | 26744074727 | 11/03/2020 | $778.00 | 26914333465 | 11/25/2020 | $778.00 | 26914338088 |
| 01/20/2021 | $778.00 | 27182829598 | 02/10/2021 | $778.00 | 26914347505 | | | |

**Total Receipts for the Period: $10,754.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,262.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Irene M Heyler | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CAMILLE J KASSAR<br>»»  ATTY DISCLOSURE/ORDER 6/2/20 | Attorney Fees | $910.00 | $910.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,865.10 | $0.00 | $3,865.10 |
| 2 | MERRICK BANK<br>»»  CREDIT CARD | Unsecured Creditors | $689.15 | $0.00 | $689.15 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $258.23 | $0.00 | $258.23 |
| 4 | Loancare, LLC<br>»»  P/174 MARLBORO RD/1ST MTG | Mortgage Arrears | $30,279.08 | $10,117.49 | $20,161.59 |
| 5 | Old Bridge MUA<br>»»  P/174 MARLBORO RD/WATER & SEWER | Secured Creditors | $2,086.70 | $697.24 | $1,389.46 |
| 0 | CAMILLE J KASSAR<br>»»  ORDER 2/2/21 | Attorney Fees | $707.50 | $0.00 | $707.50 |

**Chapter 13 Case No. 19-12523 / MBK**

## SUMMARY

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,262.28 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $11,724.73 | Current Monthly Payment: | $778.00 |
| Paid to Trustee: | $1,076.47 | Arrearages: | ($167.22) |
| Funds on Hand: | $1,461.08 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at <u>www.ndc.org</u>.**