| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2021 to 02/03/2022
**Chapter 13 Case No. 19-12523 / MBK**

Irene M Heyler

Petition Filed Date: 02/06/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/25/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2021 | $778.00 | 27182829598 | 02/10/2021 | $778.00 | 26914347505 | 03/29/2021 | $778.00 | 27182847655 |
| 04/13/2021 | $778.00 | 27371104571 | 05/18/2021 | $778.00 | 27371120398 | 06/18/2021 | $778.00 | 27529806341 |
| 07/20/2021 | $778.00 | 27529816476 | 08/05/2021 | $778.00 | 27529823024 | 09/27/2021 | $778.00 | 27680085821 |
| 10/07/2021 | $778.00 | 27680089656 | 11/15/2021 | $778.00 | 27680095754 | 12/14/2021 | $778.00 | 27680086440 |
| 01/27/2022 | $778.00 | 27834143128 | | | | | | |

**Total Receipts for the Period: $10,114.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $22,820.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Irene M Heyler | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | CAMILLE J KASSAR<br>»» ATTY DISCLOSURE/ORDER 6/2/20 | Attorney Fees | $910.00 | $910.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,865.10 | $0.00 | $3,865.10 |
| 2 | MERRICK BANK<br>»» CREDIT CARD | Unsecured Creditors | $689.15 | $0.00 | $689.15 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $258.23 | $0.00 | $258.23 |
| 4 | Loancare, LLC<br>»» P/174 MARLBORO RD/1ST MTG | Mortgage Arrears | $30,279.08 | $17,549.87 | $12,729.21 |
| 5 | Old Bridge MUA<br>»» P/174 MARLBORO RD/WATER & SEWER | Secured Creditors | $2,086.70 | $1,209.48 | $877.22 |
| 0 | CAMILLE J KASSAR<br>»» ORDER 2/2/21 | Attorney Fees | $707.50 | $707.50 | $0.00 |

**Chapter 13 Case No. 19-12523 / MBK**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 2/3/2022: | | | |
| Total Receipts: | $22,820.28 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $20,376.85 | Current Monthly Payment: | $778.00 |
| Paid to Trustee: | $1,730.78 | Arrearages: | $610.78 |
| Funds on Hand: | $712.65 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.russotrustee.com/epay for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.

