| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 19-12523 / MBK**

Irene M Heyler

Petition Filed Date: 02/06/2019
341 Hearing Date: 03/14/2019
Confirmation Date: 09/25/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/2022 | $778.00 | 27834143128 | 02/14/2022 | $778.00 | 27834139901 | 03/07/2022 | $778.00 | 27978431106 |
| 03/30/2022 | $778.00 | 27978442345 | 05/12/2022 | $778.00 | 28153504721 | 06/21/2022 | $778.00 | 28153513743 |
| 07/05/2022 | $778.00 | 28153523237 | 08/10/2022 | $778.00 | 28250558425 | 09/13/2022 | $778.00 | 28250565557 |
| 10/18/2022 | $778.00 | 28250564804 | 11/22/2022 | $778.00 | 28442505418 | 01/10/2023 | $389.00 | 28442509953 |
| 01/10/2023 | $389.00 | 28442512631 | 02/01/2023 | $778.00 | 28442520055 | | | |

**Total Receipts for the Period: $10,114.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $32,156.28**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Irene M Heyler | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Camille J. Kassar, Esq. <br> »»  ATTY DISCLOSURE/ORDER 6/2/20 | Attorney Fees | $910.00 | $910.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $3,865.10 | $0.00 | $3,865.10 |
| 2 | MERRICK BANK <br> »»  CREDIT CARD | Unsecured Creditors | $689.15 | $0.00 | $689.15 |
| 3 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $258.23 | $0.00 | $258.23 |
| 4 | Loancare, LLC <br> »»  P/174 MARLBORO RD/1ST MTG/SV 3/9/23 | Mortgage Arrears <br> Hold Funds: Stay Vacated | $30,279.08 | $26,251.94 | $4,027.14 |
| 5 | Old Bridge MUA <br> »»  P/174 MARLBORO RD/WATER & SEWER | Secured Creditors | $2,086.70 | $1,809.18 | $277.52 |
| 0 | Camille J. Kassar, Esq. <br> »»  ORDER 2/2/21 | Attorney Fees | $707.50 | $707.50 | $0.00 |

**Chapter 13 Case No. 19-12523 / MBK**

|  |  |
|---|---|
| **SUMMARY** | |

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $32,156.28 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $29,678.62 | Current Monthly Payment: | $778.00 |
| Paid to Trustee: | $2,477.66 | Arrearages: | $1,388.78 |
| Funds on Hand: | $0.00 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

